# MANDATE

FILED



UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

US DISTRICT COURT
HARTFORD CT

SHAKUR

V.

BRUNO, ET AL.

NO. 01-291

FILED NOV 0 6 2003
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

OCTOBER 9, 2003

## RULE 42 STIPULATED DISMISSAL

Pursuant to Rule 42(b), Federal Rules of Appellate Procedure, the parties stipulate that the above-captioned appeal may be dismissed with prejudice and without costs.

PLAINTIFF
Mecca A. Shakur

BY: _____
Mecca A. Shakur
a/k/a Ronnie Hinton
Inmate No. 171513
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT  06071

NOV 6

DEFENDANTS
Anthony J. Bruno, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Henri Alexandre
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05412
E-Mail: henri.alexandre@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

So Ordered

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

ISSUED AS MANDATE:  NOV 7 2003

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this ___ day of October, 2003:

Mecca A. Shakur, Inmate No. 171513
a/k/a Ronnie Hinton
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT  06071

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

_____
Henri Alexandre
Assistant Attorney General

2